10/27/2009 11:54  5408254375   CENTRALVIRGINAINS   FILED LODGED RECEIVED   PAGE 12
NOV 05 2009
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| GARY SMITH, JR.<br>9532 Garis Shop Road<br>Hagerstown, MD 21740<br><br>    Plaintiff<br><br>v.<br><br>AUBY CURTIS<br>16068 Rocky Road<br>Culpeper, VA 22701<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 321924<br>)<br>)  PJM 09 CV 2931<br>)<br>)  RECEIVED<br>)<br>)  OCT 16 2009<br>)  Clerk of the Circuit Court<br>)  Montgomery County, Md. |

### PLAINTIFF'S COMPLAINT FOR DAMAGES WITH DEMAND FOR TRIAL BY JURY

1. Plaintiff, Gary Smith ("Smith"), is an adult resident of the State of Maryland, Montgomery County. Plaintiff Smith was the driver of a vehicle that was struck by the Defendant Auby Curtis who was operating his vehicle in a negligent manner.

2. Upon information and belief, Defendant, Auby Curtis ("Curtis"), is an adult resident of the State of Virginia. At all times relevant to this Complaint, Curtis operated the vehicle that struck the vehicle in which Plaintiff Smith was operating causing Plaintiff Smith serious injuries.

3. On or about November 2, 2006, at approximately 2:51 p.m. Plaintiff Smith was lawfully operating his motor vehicle proceeding Northbound along Seven Locks Road, near the intersection of Wootton Parkway in Montgomery County, Maryland when his vehicle suddenly and without warning was struck by a motor vehicle negligently operated by Auby Curtis, thereby causing serious, substantial, and permanent injuries to Plaintiff.

4. Defendant Curtis failed to yield to the right of way to the Plaintiff striking Plaintiff's vehicle causing serious property damage to Mr. Smith's vehicle and resulting injuries.

5. At the time of the occurrence, Plaintiff Smith was exercising due care in the operation of

10/28/2009 10:38 AM D4A31_12574

EXHIBIT A

his motor vehicle.

6. Defendant Curtis negligently operated his motor vehicle in such a manner that caused Plaintiff Smith to suffer serious, substantial, and permanent injuries.

7. Defendant Curtis owed a duty to Plaintiff Smith to operate his vehicles in a reasonable and prudent manner pursuant to the laws of the State of Maryland then and there in effect.

### COUNT I Negligence

8. Plaintiff incorporates by reference paragraphs 1-7 as though fully set forth herein.

9. Defendant Curtis was negligent in the operation his vehicle because he failed to yield the right of way to Plaintiff's vehicle thereby causing a significant impact with Plaintiff Smith's vehicle and causing Plaintiff Smith, to suffer serious, substantial, and permanent injuries.

10. Defendant Curtis's negligence included, without limitation, failing to yield to the right of way, failing to keep a safe look out, failing to operate his vehicle at a safe and prudent speed, and failing to control his vehicle in such a manner as to avoid a collision with the vehicle operated by Plaintiff.

11. As a direct and proximate result of Defendant Curtis's negligence and reckless actions, Plaintiff Smith has suffered and continues to suffer great pain of body and mind, permanent injuries, and has incurred medical expenses and lost wages and will incur future medical expenses and lost wages.

WHEREFORE, Plaintiff Smith respectfully prays that judgment be entered against the Defendant Curtis, in the amount of $750,000.00 in compensatory damages, plus pre judgment interest, post judgment interest at the legal rate, the costs of this action, attorneys' fees, and other relief deemed appropriate by this Court.

Respectfully submitted,

SANDLER LAW LLC

By: Rene Sandler, Esq.
27 West Jefferson Street, Suite 201
Rockville, MD 20850
(301) 610-9797
*Attorneys for Plaintiff*

### PLAINTIFF'S REQUEST FOR TRIAL BY JURY ON ALL CLAIMS

Plaintiff Gary Smith, Jr. requests a trial by jury on all of the claims asserted in his Complaint.

Respectfully submitted,

SANDLER LAW LLC

By: Rene Sandler, Esq.
27 West Jefferson Street, Suite 201
Rockville, MD 20850
(301) 610-9797
*Attorneys for Plaintiff*